Terrence J. Coleman     (State Bar No. 172183)
Ingrid S. Leverett      (State Bar No. 148813)
PILLSBURY & COLEMAN, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email: tcoleman@pillsburycoleman.com
       ileverett@pillsburycoleman.com

Attorneys for Defendants
LISA CHANG and CAROL CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, a Massachusetts Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LISA CHANG, an Individual, and CAROL CHANG, as Conservator,<br><br>Defendants. | Case No. 3:16-cv-3679 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE HEARING** |

WHEREAS, on August 8, 2016, the Court entered an order setting a Case Management Conference ("CMC") in this action for October 6, 2016 at 9:30 a.m. in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California;

WHEREAS, on September 7, 2016 Defendants LISA CHANG and CAROL CHANG filed a Motion to Dismiss Or, In the Alternative, to Stay this action ("Motion");

WHEREAS, if granted, the aforementioned Motion would dispose of the present action or stay it during the pendency of a state court action between Plaintiff MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, on the one hand, and Defendants LISA CHANG and CAROL CHANG on the other hand and involving the same insurance policy giving rise to the present action (that state court action is *Chang, et al. v. Massachusetts Mutual Life Insurance Company*, San Francisco County

Superior Court Case No. CGC-16-554087) thereby obviating the need for a CMC;

WHEREAS, if the aforementioned Motion is denied, a CMC could thereafter be promptly scheduled;

WHEREAS, the parties to this case have requested one previous time modification; specifically, a Stipulation to Extend Time to Respond to the Initial Complaint, filed on August 1, 2016 and entered in the docket on August 5, 2016;

WHEREAS, the previous Stipulation to Extend Time to Respond to the Initial Complaint effected a one month extension of time (the Complaint was filed on June 30, 2016 and was served on the defendants on July 18, 2016, with a response to the Complaint originally due on August 8, 2016);

WHEREAS, a continuance of the currently-scheduled CMC to a date—if necessary—to follow the Court's disposition of the pending Motion will potentially save the Court and the parties the time and expense attendant on preparing for a CMC that may become unnecessary depending on the disposition of the Motion;

WHEREAS, the hearing on the Motion is set for October 27, 2016;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY and Defendants LISA CHANG and CAROL CHANG, by and through their respective counsel, that:

1. The CMC currently scheduled for October 6, 2016 at 9:30 a.m. in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California—and all the associated dates—is and are hereby VACATED.

2. If this case remains pending and active following the hearing on the Defendants' Motion set for October 27, 2016, a CMC will re-set on an available date on the Court's calendar following October 27, 2016.

Dated: September 16, 2016                     PILLSBURY & COLEMAN, LLP

By: /s/ *Ingrid S. Leverett*
Terrence J. Coleman
Ingrid S. Leverett
Attorneys for Defendants
LISA CHANG and CAROL CHANG

| | | |
|---|---|---|
| 1 | Dated: September 16, 2016 | SYLVESTER, OPPENHEIM & LINDE |

By: /s/ *Richard D. Oppenheim, Jr.*
Richard D. Oppenheim, Jr.
Attorneys for Plaintiff
MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, a Massachusetts Corporation,<br><br>             Plaintiff,<br><br>  vs.<br><br>LISA CHANG, an Individual, and CAROL CHANG, as Conservator,<br><br>            Defendants. | Case No. 3:16-cv-3679 EMC<br><br>**[PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE HEARING** |

Upon consideration of the foregoing Stipulation between the parties and the papers submitted to the Court, and good cause appearing in support thereof, this Stipulation is hereby GRANTED

IT IS SO ORDERED.

```
The CMC is reset from 10/6/16 to 12/15/16
at 9:30 a.m.  A joint CMC statement shall
be filed by 12/8/16.
```

Dated: 9/19/2016

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

-1-
[PROPOSED] ORDER TO CONTINUE THE CMC HEARING      Case No. 3:16-cv-3679 EMC