UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, a Massachusetts Corporation<br><br>Plaintiff,<br><br>vs.<br><br>LISA CHANG, an individual, and CAROL CHANG, as Conservator,<br><br>Defendants. | CASE NO: **3:16-cv-3679 EMC**<br><br>[PR~~OPO~~SED] ORDER TO CONTINUE MOTION TO DISMISS UNDER RULE 12(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE OR, IN THE ALTERNATIVE, TO STAY<br><br>(Modified) |

Upon consideration of the foregoing Stipulation between the parties and the papers submitted to the Court, and good cause appearing in support thereof, this Stipulation is hereby GRANTED.

IT IS SO ORDERED that the Motion to Dismiss has been continued to November 3, 2016. at 9:30 a.m.

DATED: 10/17/16 _____

UNITED 

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

1

[PROPOSED] ORDER TO CONTINUE MOTION TO DISMISS UNDER RULE 12(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE OR, IN THE ALTERNATIVE, TO STAY